KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| HAKAN YALCIN, | ) | No. C 06-5457-CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING STIPULATION TO** |
| | ) | **DISMISS** |
| ALBERTO R. GONZALES, Attorney | ) | |
| General of the United States in his official | ) | |
| capacity; ROBERT S. MUELLER, | ) | |
| Director of FBI in his official capacity; | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| EMILIO T. GONZALEZ, Director of | ) | |
| United States Citizenship and Immigration | ) | |
| Services in his official capacity; DAVID | ) | |
| STILL, District Director of the San | ) | |
| Francisco Citizenship and Immigration | ) | |
| Service in his official capacity, | ) | |
| | | |
| Defendants. | | |

    Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services will adjudicate the plaintiff's application for naturalization within 30 days of the dismissal of this action.

STIPULATION TO DISMISS AND PROPOSED ORDER
C 05-5457-CW                1

1    Each of the parties shall bear their own costs and fees.

2

3

4

5    Date: November 1, 2006                    Respectfully submitted,

6                                              KEVIN V. RYAN
                                               United States Attorney
7

8                                                    /s/
                                               EDWARD A. OLSEN[1]
9                                              Assistant United States Attorney
                                               Attorneys for Defendants
10

11

12

13   Date: November 1, 2006                        /s/
                                               THEODORE C. CHEN
14                                             Law Offices of Farshad Owji, P.A.
                                               Attorneys for Plaintiff
15

16

17
                                      **ORDER**
18
        Pursuant to stipulation, IT IS SO ORDERED.
19

20

21   Date:   11/6/06                          _____
                                               CLAUDIA WILKEN
22                                             United States District Judge

23

24

25

26

27   _____

28      [1]I, Edward A. Olsen, attest that Theodore C. Chen and I have signed this stipulation to
     dismiss and will provide the original signed copies upon request.

STIPULATION TO DISMISS AND PROPOSED ORDER
C 05-5457-CW                              2